**NOT FOR PUBLICATION**                                              CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF INVESTMENT, | |
| Plaintiff, | Civil Action No. 09-4526 (SRC) |
| v. | ORDER |
| MERRILL LYNCH & CO., INC., ET AL., | |
| Defendants. | |

**CHESLER**, District Judge

      This matter comes before the Court on the motion to remand filed by Plaintiff State of New Jersey, Department of the Treasury, Division of Investment (docket entry 5). Defendant Merrill Lynch & Co., Inc. has opposed this motion (docket entry 12). The Court having considered the papers submitted by the parties in support of and in opposition to this motion; and the Court having held oral argument on the motion on November 16, 2009; and for the reasons expressed at oral argument;

      **IT IS** on this 16th day of November, 2009,

      **ORDERED** that the motion to remand filed by Plaintiff, be and hereby is **GRANTED**; and it is further

**ORDERED** that this case is **CLOSED**.

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge